JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 13-00650-CJC(ANx)                                    Date: October 7, 2013

Title: NADER MIKHAIL V. BANK OF AMERICA, N.A.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH THE COURT'S ORDER**

Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for October 21, 2013 at 1:30 p.m. is hereby vacated and off calendar.

I.   Introduction

On April 24, 2013, Plaintiff Nader Mikhail filed this action against Defendant Bank of America, N.A. ("Bank of America") for claims arising from allegedly false negative credit information Bank of America reported regarding a delinquent checking account Mr. Mikhail closed in 2005. (Dkt. No. 1.) On August 12, 2013, the Court granted Bank of America's motion to dismiss Mr. Mikhail's First Amended Complaint. (Dkt. No. 18 ["Aug. 12 Order"].) It also directed that Mr. Mikhail was to file a second amended complaint within twenty days of the date of the August 12 Order — that is, by September 3, 2013. (Aug. 12 Order at 4.) On September 11, 2013, Mr. Mikhail having failed to file a second amended complaint, Bank of America moved to dismiss his claims for failure to prosecute. (Dkt. No. 21.) As of the date of this Order, Mr. Mikhail still has not filed a second amended complaint in this action.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 13-00650-CJC(ANx)                      Date: October 7, 2013
                                                                         Page 2

## II. Analysis

       Under Federal Rule of Civil Procedure 41, "[i]f the plaintiff fails to prosecute or comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b). A dismissal under Rule 41(b) constitutes a dismissal on the merits. *Id.* In deciding a motion to dismiss for lack of prosecution under Rule 41(b), the district court must consider (1) the public's interest in expeditious resolution of litigation, (2) the court's need to manage its docket, (3) the risk of prejudice to the defendant, (4) the public policy favoring the disposition of cases on their merits, and (5) the availability of less drastic sanctions. *In re Eisen*, 31 F.3d 1447, 1451 (9th Cir. 1994). A court may dismiss a case where at least three factors strongly support dismissal. *Yourish v. Cal. Amplifier*, 191 F.3d 983, 990 (9th Cir. 1999). Additionally, courts have interpreted Rule 41 to require a plaintiff to prosecute his or her action with "reasonable diligence" if he or she is to avoid dismissal. *Anderson v. Air W. Inc.*, 542 F.2d 522, 524 (9th Cir. 1976).

       Mr. Mikhail has not prosecuted his claims with reasonable diligence. Despite the Court's Order, he has not filed a second amended complaint and has not opposed Bank of America's motion. Mr. Mikhail has not indicated to the Court in any manner that he plans to pursue this matter. Given Mr. Mikhail's failure to prosecute his claims, dismissal would further both the public's interest in expeditious resolution of the litigation and the Court's interest in managing its docket. If the Court continues to keep Mr. Mikhail's case on the docket, Bank of America would incur prejudice by being forced to defend a case that Mr. Mikhail has apparently abandoned. As the Ninth Circuit has noted, "[t]he law presumes injury from unreasonable delay." *Eisen*, 31 F.3d at 1453 (quoting *Anderson*, 542 F.2d at 524). Finally, there are no less drastic sanctions that would remedy the harms caused by Mr. Mikhail's failure to prosecute. These factors taken together weigh heavily in favor of dismissal of Mr. Mikhail's case.

//
//
//
//
//
//
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 13-00650-CJC(ANx)          Date: October 7, 2013
Page 3

### III. Conclusion

For the foregoing reasons, the Court **DISMISSES** Mr. Mikhail's action for failure to prosecute and failure to comply with the Court's August 12 Order.

rrd

MINUTES FORM 11
CIVIL-GEN          Initials of Deputy Clerk MU